AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00521 |
| Kristi Munn (AKA: Kristi Marie Munn) - DOB: XXXXXX | ) | Assigned to: Judge Faruqui, Zia M. |
| Thomas Munn (AKA: Tom Munn) - DOB XXXXXX | ) | Assign Date: 7/12/2021 |
| Dawn Munn - DOB XXXXXX | ) | Description: COMPLAINT W/ ARREST WARRANT |
| Joshua Munn (AKA: Josh Munn) - DOB XXXXXX | ) | |
| Kayli Munn - DOB XXXXXX | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| | 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| | 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building, |
| | 40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

David L. Bolyard, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 07/12/2021

*Judge's signature*

City and state: Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*